958

allotted for oral argument.

No. 87–1245. TEXAS MONTHLY, INC. *v.* BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, ET AL. Appeal from Ct. App. Tex., 3d Dist. Motions of Magazine Publishers of America, Inc., and American Booksellers Association, Inc., for leave to file briefs as *amici curiae* granted. Probable jurisdiction noted.

No. 87–56. OWENS ET AL. *v.* OKURE. C. A. 2d Cir. Certiorari granted.

No. 87–154. DESHANEY, A MINOR, BY HIS GUARDIAN AD LITEM, ET AL. *v.* WINNEBAGO COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 7th Cir. Certiorari granted.

No. 87–163. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. *v.* AMERON, INC., ET AL. C. A. 3d Cir. Certiorari granted.

No. 87–271. HARBISON-WALKER REFRACTORIES, A DIVISION OF DRESSER INDUSTRIES, INC. *v.* BRIECK. C. A. 3d Cir. Certiorari granted.

No. 87–1043. UNITED STATES *v.* RON PAIR ENTERPRISES, INC. C. A. 6th Cir. Certiorari granted.

No. 87–1241. PENNSYLVANIA *v.* UNION GAS CO. C. A. 3d Cir. Certiorari granted.

No. 87–1252. H. J. INC. ET AL. *v.* NORTHWESTERN BELL TELEPHONE CO. ET AL. C. A. 8th Cir. Certiorari granted.

No. 86–1940. SHEET METAL WORKERS' INTERNATIONAL ASSN. ET AL. *v.* LYNN. C. A. 9th Cir. Certiorari granted. JUSTICE KENNEDY took no part in the consideration or decision of this petition.